# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 7/18/08

Case No.   CR-08-160 SI           Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JOHN COTA (NC)(P)

Attorneys:   J. Schmidt            J. Bornstein

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1) Status - HELD
2)
3)

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                        PART

Case continued to  8/1/08 @ 11:00 a.m.  for Status

Case continued to **8/26/98 @ 3:30 p.m.** for Pretrial Conference

Case continued to **10/6/08 @ 8:30 a.m.** for Trial (Jury: re: clean water act phase)

Category of Excludable Delay:    Complex
**Delay begins:          Delay ends: 7/18/08**
(      AUSA            )

ORDERED AFTER HEARING:
Judge Spero shall oversee any disputes re: depositions.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )