Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
K&L Gates LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-0160 SI |
| Plaintiff, ) | STIPULATION AND ORDER WAIVING THE APPEARANCE OF JOHN COTA |
| vs. ) | Hearing Date: August 1, 2008 |
| JOHN J. COTA and ) FLEET MANAGEMENT LIMITED ) | Time: 11:00 a.m. |
| Defendants. ) | Speedy Trial Act: Time has been excluded by Court Order to and including August 1, 2008 |

Defendant John Cota hereby requests that his appearance be waived for the upcoming status conference scheduled for August 1, 2008. Captain Cota understands that he has the right to be present at any pretrial proceeding and he voluntarily waives his right to be present at the August 1, 2008 status conference. The United States has agreed to this requ4est. To the extent

---

1

STIPULATION AND ORDER WAIVING THE APPEARANCE OF JOHN COTA
(CR 08-0160 JCS)

that the Court modifies the pretrial or trial date previously set, the defendant will file a written acknowledgement of any new dates.

Dated: July 28, 2008                    Respectfully submitted,

                                        By:  /s/ Jeffrey L. Bornstein, Esq.
                                        Jeffrey L. Bornstein, Esq.
                                        Luke G. Anderson, Esq.
                                        Barry M. Hartman, Esq., *Admitted Pro Hac Vice*
                                        Christopher R. Tate, Esq., *Admitted Pro Hac Vice*

                                        Attorneys for Defendant
                                        JOHN J. COTA

The United States has no objection to waiving defendant Cota's appearance on August 1, 2008.

Dated: July 20, 2008

                                        _____
                                        Jonathan D. Schmidt
                                        Assistant United States Attorney

ORDER

For Good Cause Shown, and based on the Stipulation of the United States, Captain Cota's appearance at the August 1, 2008, status conference is waived.

IT IS SO ORDERED.

Dated: July ___, 2008

                                        _____
                                        Honorable Susan Illston
                                        United States District Court Judge

---

2
STIPULATION AND ORDER WAIVING THE APPEARANCE OF JOHN COTA
(CR 08-0160 JCS)