1  Jeffrey L. Bornstein (State Bar No. 99358)
   Luke G. Anderson (State Bar No. 210699)
2  K&L Gates LLP
   55 Second Street, 17th Floor
3  San Francisco, CA 94105
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
   Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
6  K&L Gates LLP
   1601 K Street, N.W.
7  Washington, D.C. 20006
   Telephone: (202) 778-9000
8  Facsimile: (202) 778-9100

9  Attorneys for Defendant
   JOHN J. COTA
10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,                Case No.  CR 08-0160 SI

15                          Plaintiff,       **[PROPOSED] ORDER**

16         v.

17  JOHN J. COTA,

18                          Defendant.

19
          FOR GOOD CAUSE SHOWN, It Is Hereby Ordered that Defendant's Request for an
20
    Order Waiving the Appearance of John Cota is GRANTED.  Captain Cota's appearance at the
21
    status conference scheduled for August 1, 2008 is waived.
22
          It is so Ordered.
23

24  Dated:  July ___, 2008          By: _____

25                                       HONORABLE SUSAN ILLSTON
                                         United States District Court Judge
26

27

28

    [PROPOSED] ORDER—CR 08-0160 SI