JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN JOSEPH COTA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR 08-0160 SI <br><br> [~~Proposed~~] ORDER SETTING DATES and EXCLUDING TIME FROM AUGUST 7, 2008 to SEPTEMBER 18, 2008 |

1   On August 7, 2008, the parties appeared before the Court and set the following dates

2   • August 18, 2008            The Government will provide full discovery.

3   • September 2, 2008          The Government will provide relevant expert reports.

4   • September 2, 2008          Material witness counsel will file any submissions.

5   • September 12, 2008         Defense Counsel and will file a submission ~~stating their proceed~~ regarding - JCS
    by noon                      ~~with~~ Rule 15 depositions; the Government may file a submission

6   • September 18, 2008         Hearing regarding Rule 15 depositions
7     at 2:00 p.m.

8   • October 1, 2008            Rule 15 depositions Liang Xian Zheng

9   • October 3, 2008            Rule 15 depositions Zong Bin Li

10  At that appearance, the parties agreed that the period of delay from AUGUST 7, 2008 2008,

11  to September 18, 2008, be excluded in computing the time within which the trial must

12  commence.  The grounds for this exclusion are the complexity of the case, and the need for the

13  parties to exchange and review further discovery.  Failure to grant such a continuance would

14  unreasonably deny the defendant and the government the reasonable time necessary for effective

15  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. Section

16  3161(h)(8)(A) and (B)(iv).  Further the ends of justice served by the continuance outweigh the

17  best interest of the public and the defendant in a speedy trial.

18  IT IS SO ORDERED.

20  Dated: 8/15/08

    JOSEPH_____
    United States Magistrate Judge

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero — IT IS SO ORDERED AS MODIFIED]

2