UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 08-0160 SI |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JOHN J. COTA<br>And<br>FLEET MANAGEMENT LIMITED, | |
| Defendants. | |

For Good Cause Shown,

Due to the prejudicial nature of the publicity surrounding the incident,

IT IS HEREBY ORDERED that the Defendant's Motion for a Change of Venue is granted and this trial be moved from the Northern District of California to Fresno, California.

///

///

[PROPOSED] ORDER—CR 08-0160 SI

[Or in the alternative,]

IT IS HEREBY ORDERED that:

1. A jury questionnaire be provided to the prospective jurors;

2. Individualized sequestered voir dire be conducted;

3. Counsel be allowed to conduct voir dire; and

4. Counsel for defense be allowed additional preemptory challenges.

IT IS SO ORDERED.

Dated:                                  By: _____
                                        HONORABLE SUSAN ILLSTON
                                        United States District Court Judge