1   JOSEPH P. RUSSONIELLO
United States Attorney
2   BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
3   STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
4   Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
5   San Francisco, CA 94102
(415) 436-6776 (tel)
6   (415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

7

8   RONALD J. TENPAS
Assistant Attorney General
9   Environment and Natural Resources Division
United States Department of Justice
10  Richard A. Udell
Senior Trial Attorney
11  Environmental Crimes Section
P.O. Box 23985
12  L'Enfant Plaza Station
Washington, DC 20004
13  (202) 305-0361 (tel)
(202) 514-8865 (fax)
14  Richard.Udell@usdoj.gov

15  Attorneys for Plaintiff
United States of America

16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20

21                                  )   CR 08-0160 SI
    UNITED STATES OF AMERICA,       )
22                                  )   [Proposed] ORDER EXCLUDING TIME
         Plaintiff,                 )   FROM AUGUST 15, TO SEPTEMBER 22,
23                                  )   2008
    v.                              )
24                                  )
    JOHN JOSEPH COTA, and           )
25  FLEET MANEGMENT LIMITED,        )
                                    )
26       Defendants                 )
                                    )
27  _____ )

28

1    On August 15, 2008, the parties appeared before the Court.  At that appearance, the parties

2    agreed that the period of delay from August 15, 2008, to September 22, 2008, be excluded in

3    computing the time within which the trial must commence.  The grounds for this exclusion are

4    the complexity of the case, and the need for the parties to exchange and review further discovery.

5    Failure to grant such a continuance would unreasonably deny the defendant and the government

6    the reasonable time necessary for effective preparation, taking into account the exercise of due

7    diligence.  *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  Further the ends of justice served

8    by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

9    IT IS SO ORDERED.

11    Dated:_____                    _____

12                                                 SUSAN ILLSTON
                                                   United States District Court Judge