IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-00160 SI |
| Plaintiff, | **ORDER DIRECTING THE PARTIES TO MEET AND CONFER CONCERNING PROTECTIVE ORDER** |
| v. | |
| JOHN J. COTA, | |
| Defendant. | |

Defendant John J. Cota has submitted to the Court a proposed Protective Order Governing Discovery Material. Defendant Fleet Management Ltd. has filed an objection to it, arguing among other things that Cota's counsel did not meet and confer concerning the terms of the proposed order.

Accordingly, it is ORDERED that the parties meet and confer concerning the terms of an appropriate protective order in this action. <u>Any stipulated form of order shall be presented to the Court for its consideration and signature by Wednesday, August 27, 2008.</u> If the parties are unable to agree, they shall submit their proposals to the Court, with differences clearly marked and rationales identified, by noon on Thursday, August 28, 2008. The Court will hear any remaining disputes on **Friday, August 29, 2008 at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 21, 2008

SUSAN ILLSTON
United States District Judge