UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN J. COTA<br>   and<br>FLEET MANAGEMENT LIMITED,<br><br>                Defendants. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

     For Good Cause Shown,

     IT IS HEREBY ORDERED that Defendant Cota's Motion to Sever Charges against Captain Cota in the Second Superseding Indictment from the charges therein against Defendant Fleet Management, Inc. is granted.

     IT IS SO ORDERED.

Dated:                           By: _____
                                                   HONORABLE SUSAN ILLSTON
                                                   United States District Court Judge