UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>    v.<br><br>JOHN J. COTA<br>  and<br>FLEET MANAGEMENT LIMITED,<br><br>Defendants. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] ORDER** |

For Good Cause Shown,

IT IS HEREBY ORDERED that Defendant Cota's Motion to Compel Discovery is granted.

IT IS SO ORDERED.

Dated:                              By:  _____

HONORABLE SUSAN ILLSTON
United States District Court Judge