Jeffrey L. Bornstein (State Bar No. 99358)
Luke G. Anderson (State Bar No. 210699)
K&L Gates LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Barry M. Hartman, *Admitted Pro Hac Vice* (DC Bar No. 291617)
Christopher R. Tate, *Admitted Pro Hac Vice* (PA Bar No. 205510)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JOHN J. COTA,<br>   and<br>FLEET MANAGEMENT LIMITED,<br><br>                   Defendants. | Case No. CR 08-0160 SI<br><br>**DEFENDANT JOHN J. COTA'S APPLICATION TO FILE EXPERT'S DECLARATION UNDER SEAL**<br><br>Date: September 22, 2008<br>Time: 11:00 a.m.<br>Judge: Honorable Susan Illston<br><br>Speedy Trial Act; Excludable Time through Disposition, 18 U.S.C. § 3161(h)(1)(F) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.

1  Based upon the Declaration of Jeffrey L. Bornstein, defendant John J. Cota hereby
2  requests that the Expert's Declaration in Support of Defendant John Cota's Motion to Compel
3  Discovery from the United States be filed under seal and not served on counsel.

Respectfully submitted,

K& L GATES LLP

Dated:   August 22, 2008              By:  _____

Jeffrey L. Bornstein, Esq.
Luke G. Anderson, Esq.
Barry M. Hartman, Esq., *Admitted Pro Hac Vice*
Christopher R. Tate, Esq., *Admitted Pro Hac Vice*

Attorneys for Defendant
JOHN J. COTA

2.

**DEFENDANT JOHN J. COTA'S APPLICATION TO FILE EXPERT'S DECLARATION UNDER SEAL**
**CR 08-0160 SI**

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California by a member of the Bar of this Court, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 55 Second Street, Suite 1700, San Francisco, CA 94105. On August 22, 2008, I served the document(s) described as:

**DEFENDANT JOHN J. COTA'S APPLICATION TO FILE EXPERT'S DECLARATION UNDER SEAL and [PROPOSED] SEALING ORDER**

on the parties to this action named on the attached service list by the method described below.

    (BY PERSONAL SERVICE) I caused a true and correct copy of said document(s) to be served by hand to the addressee(s) listed above, with the name and address of the person served shown on the envelope.

    (BY OVERNIGHT DELIVERY) I enclosed a true and correct copy of said document(s) in an envelope/package provided by an overnight delivery carrier addressed to the addressee(s) listed above, sealed it, and placed it for collection and overnight delivery following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for overnight delivery. On the same day that correspondence is placed for collection and overnight delivery, it is collected by an overnight delivery carrier. Delivery fees are pre-paid or provided for in accordance with the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

    (BY ELECTRONIC TRANSMISSION) I transmitted a true and correct copy of said document(s) by electronic mail to the offices of the addressee(s). I did not receive, within a reasonable time after the transmission, any message or other indication that the transmission was unsuccessful.

    (BY FACSIMILE) I transmitted a true and correct copy of said document(s) by facsimile to the offices of the addressee(s). Upon completion of the facsimile transmission, a transmission report was issued showing the transmission was complete and without error.

**X** (BY U.S. MAIL) I enclosed a true and correct copy of said document(s) in an envelope addressed to the addressee(s) listed above and placed it for collection and mailing following the ordinary business practices of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage fully prepaid at San Francisco, California.

Executed on August 22, 2008 at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
LINDA H. WOO

3.

DEFENDANT JOHN J. COTA'S APPLICATION TO FILE EXPERT'S DECLARATION UNDER SEAL
CR 08-0160 SI

**SERVICE LIST**

Stacey Geis, Esq.
Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate, 11th Floor
San Francisco, CA 94102
Fax: (415) 436-7234

Richard Udell
U.S. Department of Justice, Environment Crimes Section
PO Box 23985
Washington, DC 20026
Fax: (202) 305-0396

Marc R. Greenberg, Esq.
Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA 90801-1730
Fax: (562) 436-7416

4.

**DEFENDANT JOHN J. COTA'S APPLICATION TO FILE EXPERT'S DECLARATION UNDER SEAL**
**CR 08-0160 SI**