UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JOHN J. COTA<br>   and<br>FLEET MANAGEMENT LIMITED,<br><br>                      Defendants. | Case No.  CR 08-0160 SI<br><br>**[PROPOSED] SEALING ORDER** |

      For good cause shown,

      IT IS HEREBY ORDERED that the Expert's Declaration referred to in the Declaration of Jeffrey L. Bornstein shall be filed under seal.

      IT IS SO ORDERED.

DATED:                                        _____

                                               HONORABLE SUSAN ILLSTON<br>                                             United States District Court Judge

**SEALING ORDER**
**CR 08-0160 SI**