JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOHN JOSEPH COTA, and <br> FLEET MANEGMENT LIMITED, <br>     Defendants | CR 08-0160 SI <br><br> REQUEST FOR LEAVE TO DISCLOSE EXPERT WITNESS SUMMARIES ON SEPTEMBER 8, 2008, and [Proposed] ORDER |

1      On August 7, 2008, Magistrate Judge Joseph C. Spero ordered the United States to
2  provide expert disclosures to defense counsel by September 2, 2008. At the time, the
3  United States noted that the deadline for expert disclosures might be difficult to meet.
4  The United States agreed to strive for the September 2, 2008 deadline because of the
5  material witness issue. Now, despite its best efforts, the United States cannot meet the
6  September 2, 2008 deadline and requests permission to provided relevant expert
7  disclosures by September 8, 2008.

9      IT IS SO ORDERED.

11 Dated:_____      _____
12                                           JOSEPH C. SPERO
                                          United States Magistrate Judge