JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7126 (tel)
(415) 436-7234 (fax)
Stacey.Geis@usdoj.gov
Jonathan_Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN JOSEPH COTA, and FLEET ) <br> MANAGEMENT LTD., ) <br> ) <br> Defendants. ) | No. CR 08-0160 SI <br><br> STIPULATED [PROPOSED] SEALING ORDER <br><br> Hearing Date: September 3, 2008 <br> Time:             11:00 a.m. |

STIPULATED [PROPOSED] ORDER
[CR 08 0160 SI]]

1   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that for reasons stated in open
2   court on September 3, 2008, and subject to the interim protective order signed by this Court on
3   August 31, 2008, defendant Fleet Management Ltd. shall be given copies of the Government's
4   Opposition to Defendant's Motion to Dismiss the False Statement Counts and any accompanying
5   exhibits to said motion, and any exhibits filed by defendant John Joseph Cota in support of his
6   Motion to Dismiss the False Statements, which were all previously filed under seal.   Aside from
7   now providing copies of these documents to Fleet Management Ltd, these documents shall
8   remain under seal as previously ordered by this Court.
9   IT IS SO STIPULATED.

10
    DATED:      August 3, 2008         __/S/_____
11                                     JOHN COX
                                       Attorney for Defendant Fleet Management Ltd
12
    DATED:      August 3, 2008          __/S/_____
13                                      JEFFREY BORNSTEIN
                                        Attorney for Defendant John Joseph Cota
14

15                                       /S/
    DATED:      August 3, 2008         _____
16                                     STACEY P. GEIS
                                       JONATHAN SCHMIDT
17                                     Assistant United States Attorneys

18

19  IT IS SO ORDERED.

20  DATED:_____           _____
21                                   THE HONORABLE SUSAN ILLSTON
                                     United States District Judge

STIPULATED [PROPOSED] ORDER
[CR 08 0160 SI]]                    -2-