MARC R. GREENBERG, CASB No. 123115
JOSEPH A. WALSH II, CASB No. 143694
JOHN COX, CASB No. 197687
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant
FLEET MANAGEMENT LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff(s),<br>vs.<br>JOHN J. COTA, et al.,<br>　　　　　　　　　Defendant(s). | Case No. CR 08-0160-1 SI-2<br><br>**DEFENDANT FLEET MANAGEMENT LTD.'S RESPONSE TO THE GOVERNMENT'S MOTION FOR RELIEF FROM THE COURT'S DISCOVERY ORDER OF AUGUST 7, 2008** |

The Government has requested that the Court move the Government's expert discovery deadline from September 2, 2008 to September 8, 2008. The Government's discovery obligations in this case were triggered when it chose to file criminal charges against Captain Cota on March 17, 2008. Some five months later, on August 7, 2008, the Court stepped in and set the following deadlines for the Government to provide Fleet and Cota the discovery materials which, for some unknown reason, had so far not been provided to Defendant Cota:

　　a. written and electronic discovery – August 18, 2008;

　　b. expert disclosure – September 2, 2008.

After the Court's order was issued the Government provided Fleet with over 100 computer disks of discovery materials. The Government did not provide an index of the materials and did not produce them in a searchable format. As such, Fleet is uncertain as to what has, and what has not, been produced so far.

In addition, the Government has not responded to either of Fleet's two requests for discovery so Fleet cannot know which categories of discovery it has been provided and which categories of requests need to be addressed with the court. Much of the information regarding Captain Cota's medical conditions and prescription drug use has yet to be produced. The Government withheld these documents until they could get agreement on a protective order.

On the day of the deadline for its expert disclosure, the Government asked the Court for additional time to make its disclosure. While Fleet does not wish to rush the Government into making a less than complete disclosure, the Court should appreciate that the lack of complete written discovery coupled with the delayed expert disclosure will prevent Fleet from presenting a cogent briefing on the status of trial preparation, which is due September 12th, for a hearing on September 18th. As such, Fleet requests that the Government respond in writing to Fleet's discovery requests forthwith and that the Court delay the hearing currently set for September 18th until September 28th, and move the filing deadline of September 12th, to September 19th.

The Court should also be aware that Fleet has filed a motion for leave to enter a plea of *nolo contendere* which is to be heard on September 22, 2008. Should that motion be granted Fleet would not need to attend the Rule 15 depositions and therefore the depositions could go forward without Fleet in short order and then the material witnesses could be released to return home. This is additional justification for moving the September 18th hearing date to September 28th.

Respectfully submitted,

DATED: September 4, 2008

/s/ John Cox
MARC R. GREENBERG
JOSEPH A. WALSH II
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FLEET MANAGEMENT LTD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FLEET MGMT'S RESPONSE TO GOVERNEMNT'S MOTION FOR RELIEF FROM COURT'S