1  MARC R. GREENBERG, CASB No. 123115
   JOSEPH A. WALSH II, CASB No. 143694
2  JOHN COX, CASB No. 197687
   KEESAL, YOUNG & LOGAN
3  A Professional Corporation
   400 Oceangate, P.O. Box 1730
4  Long Beach, California 90801-1730
   Telephone:   (562) 436-2000
5  Facsimile:   (562) 436-7416

6  Attorneys for Defendant
   FLEET MANAGEMENT LTD.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. CR 08-0160-1 SI-2
                                    )
12                   Plaintiff(s),  )
                                    ) **DEFENDANT FLEET MANAGEMENT**
13         vs.                      ) **LTD.'S APPLICATION TO FILE**
                                    ) **DOCUMENTS UNDER SEAL**
14 JOHN J. COTA, et al.,            )
                                    ) Date: September 22, 2008
15                   Defendant(s).  ) Time: 11:00 a.m.
                                    ) Judge: Honorable Susan Illston
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21

22 ///

23

24

25

26

27

28 ///

DEFENDANT FLEET MANAGEMENT LTD.'S APPLICATION TO FILE DOCUMENTS UNDER
SEAL - Case No. CR 08-0160-1 SI-2                                KYL_SF466212

- 2 -

On September 2, 2008, this Court signed the Government's Submittal of Interim Draft Protective Order, Docket Number 126. That Order requires that any filings with the Court containing information related to Defendant Cota's use of medications be filed under seal. Pursuant to that Order, Defendant Fleet Management Ltd hereby requests that the following documents filed on September 4, 2008 be accepted by the Court and remain under seal:

1. **DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE OF MOTION AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OF DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*.**

3. **DECLARATION OF MARC R. GREENBERG IN SUPPORT OF DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*.**

The above listed documents contain information covered by the Interim Protective Order regarding Defendant Cota.

DATED: September 5, 2008

/s/ John Cox
MARC R. GREENBERG
JOSEPH A. WALSH II
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FLEET MANAGEMENT LTD.