UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>   vs.<br><br>JOHN J. COTA, et al.,<br><br>                    Defendant(s). | Case No. CR 08-0160-1 SI<br><br>**[PROPOSED] SEALING ORDER**<br><br>Date: September 22, 2008<br>Time: 11:00 a.m.<br>Judge: Honorable Susan Illston |

For good cause shown,

IT IS HEREBY ORDERED that the following documents shall be filed under seal.

**1. DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE OF MOTION AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**2. DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OF DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*.**

**3. DECLARATION OF MARC R. GREENBERG IN SUPPORT OF DEFENDANT FLEET MANAGEMENT LTD.'S NOTICE AND MOTION FOR CONSENT TO ENTER PLEA OF *NOLO CONTENDERE*.**

IT IS SO ORDERED.

DATED:     9/8/08

Wm. Alsup

_____

HONORABLE SUSAN ILLSTON

United States District Court Judge