UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0160 |
| Plaintiff, | |
| v. | COMPULSION AND IMMUNITY ORDERS |
| JOHN JOSEPH COTA, and FLEET MANAGEMENT LIMITED | |
| Defendants. | |

Upon the motion of the United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1.   Master Sun Mao Cai,

2.   Chief Officer Kong Xiang Hu,

3.   Second Officer Shun Biao Zhao,

4.   Third Officer Hong Zhi Wang,

5.   Bosun Liang Xiang Zheng, and

6.   Able Seaman Zong Bin Li.

are material witnesses in the above captioned matter and may be called to testify in the above captioned matter;  and

2.   In the judgment of the United States Attorney, these material witnesses are likely to refuse to testify on the basis of their Fifth Amendment privilege against self-incrimination; and

3.   In the judgment of the United States Attorney the testimony and other information to be obtained from these material witnesses is necessary to the public interest; and

4. The motion filed here has been made with approval of the Deputy Assistant Attorney General in charge of the Environment and Natural Resources Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED that Master Sun Mao Cai, Chief Officer Kong Xiang Hu, Second Officer Shun Biao Zhao, Third Officer Hong Zhi Wang, Bosun Liang Xiang Zheng, and Able Seaman Zong Bin L,i as soon as each may be called, shall testify under oath and provide other information including documents in this criminal case;

IT IS FURTHER ORDERED that the testimony and other information compelled from Master Sun Mao Cai, Chief Officer Kong Xiang Hu, Second Officer Shun Biao Zhao, Third Officer Hong Zhi Wang, Bosun Liang Xiang Zheng, and Able Seaman Zong Bin Li pursuant to this order, and any information directly or indirectly derived from such testimony may not be used against any of them in any criminal case against them, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

DATED: 10/22/08

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE