IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 08-0160 SI |
| Plaintiff, | **ORDER RE: STATE OF CALIFORNIA'S MOTION TO QUASH** |
| v. | |
| JOHN J. COTA and FLEET MANAGEMENT LTD., | |
| Defendants. | |

On January 30, 2009, the Court held oral argument on the State of California's motion to quash the subpoena served by defendant Fleet Management, Ltd. The Court will defer ruling on this motion. Further oral argument is calendared for February 11, 2009 at 10:00 a.m. Fleet's December 29, 2008 motion is no longer ex parte and must be served on the United States and co-defendant John Cota. The State of California shall review the protective order agreed to by the parties in this case. [Docket No. 185] If California signs the protective order, Fleet is ordered to provide California with a copy of its December 29 filing. If California is has any objections to signing the protective order, it must describe them to the Court in a letter brief filed no later than **February 4, 2009**.

**IT IS SO ORDERED.**

Dated: February 2, 2009

SUSAN ILLSTON
United States District Judge