Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN J. COTA and<br>FLEET MANAGEMENT LTD.,<br><br>    Defendants. | Case No. CR 08-00160-SI<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated, subject to this Court's confirming order, that defendant John Cota shall be permitted to submit two reports to the NTSB – one to be part of the public record and one to be marked and treated by the NTSB as "official use only." The public report may include references to facts and inferences drawn from those facts without attribution to the Rule 15 testimony of any particular witness. In addition, copies of the following materials may also be produced to the NTSB as part of the public report including Exhibit 14.4, the more accurate VDR transcript, Ex. 6.1-6.3, the photos of the ECS taken by the Coast Guard and Exhibit C-39, a power point presentation prepared on behalf of Captain Cota reconstructing the voyage of the ship on November 7, 2007.

In the more detailed report, marked as "official use only," Captain Cota may submit to the NTSB detailed references to Rule 15 testimony including page and line citations, paraphrases

1 and direct quotes. The NTSB is ordered to treat this submission in the same manner that it is
2 treating the Rule 15 deposition transcripts, that is as part of its "official use only" file that will
3 not be made part of the public record until some point after the conclusion of the criminal
4 proceedings.

IT IS SO STIPULATED

DATED: February 3, 2009

JONATHAN D. SCHMIDT
Assistant United States Attorney
United States Attorney's Office

DATED: February 3, 2009

/s/
MARC R GREENBERG
Keesal Young & Logan

DATED: February 3, 2009

JEFFREY L. BORNSTEIN
K&L Gates LLP

IT IS SO ORDERED.

DATED: February 3, 2009

HONORABLE Joseph C. Spero
United States Magistrate Judge

2.

STIPULATION AND ORDER
CR 08-00610-SI
SF-174353 V1