JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA, and<br>FLEET MANAGEMENT LIMITED,<br><br>    Defendants | CR 08-0160 SI<br><br>[Proposed] ORDER EXCLUDING TIME FROM MAY 27, 2009 TO JUNE 19, 2009 |

1    On May 27, 2009, the parties appeared before the Court. At that appearance,
2 defendant Fleet Management Limited and the Government agreed that the period of delay
3 from May 27, 2009, to June 19, 2009, be excluded in computing the time within which
4 the trial must commence. The grounds for this exclusion is the complexity of the case.
5 Failure to grant such a continuance would unreasonably deny the defendant and the
6 government the reasonable time necessary for effective preparation, taking into account
7 the exercise of due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv). Further
8 the ends of justice served by the continuance outweigh the best interest of the public and
9 the defendant in a speedy trial.
10    IT IS SO ORDERED.
11
12 Dated:_____       _____
                                  SUSAN ILLSTON
13                                United States District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2