MELINDA HAAG (CABN 132612)
United States Attorney
MIRANDA KANE (CABN 150630)
Chief, Criminal Division
JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorneys
CHRISTOPHER TRIBOLET
Special Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
RICHARD A. UDELL
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0160 SI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [P~~ropos~~ed] ORDER TO EXTEND PROBATION |
| FLEET MANAGEMENT LIMITED, | ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney's Office for the

Northern District of California and the Environmental Crimes Section of the U.S. Department of Justice (hereafter "the government"), and the Defendant, FLEET MANAGEMENT LTD. (hereafter "Defendant" or "Fleet"), by and through undersigned counsel, hereby submit the following stipulation and proposed order to extend probation.

## I. Procedural History

1. On February 19, 2010, this Court sentenced Fleet to a fine and three years probation for its role in the Cosco Busan incident and related charges. The term of probation is due to expire on or about February 18, 2013.

2. Pursuant to the Plea Agreement, and consistent with sentencing policies set forth in USSG § 8D1.4, and as a condition of probation and the Court's sentencing Order, Fleet was required to develop, adopt and implement and fund certain remedial measures to include an Enhanced Compliance Program ("ECP") as set forth in Attachment B to the Plea Agreement.

3. Pursuant to the ECP, Fleet was required to conduct various types of training and implement new procedures documenting the training, including command orientation training, shore-side safety management system training, and type specific training on electronic navigation equipment. Fleet was also required under the ECP, to engage in enhanced voyage planning, enhanced Master-Pilot exchanges before entering and departing each port, and to maintain an open reporting system to promote internal reporting of non-compliance.

4. Pursuant to the ECP, Fleet also was required to retain an outside and independent auditor, termed the Third Party Auditor ("TPA") to conduct a study of the content and implementation of Fleet's existing safety management system, as well as to conduct external audits on a percent of Fleet vessels engaged in trade in the United States (25 percent of the vessels, or no less than 24 or more than 36 vessels per year). At least 50 percent of these audits were to be conducted while the vessel was navigating underway.

5. Pursuant to the ECP, Fleet also was required to fund a Court Appointed Monitor ("CAM") to work on behalf of the Court and the Office of Probation.

6. On November 11, 2011, the United States Office of Probation filed a form 12A petition alleging a possible violation of probation concerning the Promise 2.

**II.    Stipulations**

The United States and Fleet hereby stipulate that the following facts are true and accurate and sufficient to provide a basis to continue the existing terms of probation for fifteen additional months:

1.  The parties have jointly submitted a letter to U.S. Probation dated December 20, 2012, summarizing various reports concerning the implementation of the ECP.

2.  As set forth in the letter to U.S. Probation dated December 20, 2012, Fleet's internal auditing has improved as has its overall compliance with the ECP during the period of probation. At the same time, there are certain matters that warrant further attention. Accordingly, the parties jointly believe that an additional fifteen months of probation would be beneficial in assuring that the ECP is fully implemented and has fully achieved its stated goals.

**III.    Joint Recommendation and Motion**

Based upon the facts set forth in the joint letter dated December 20, 2012, the stipulations set forth herein, and the entire record of this matter, the parties jointly request that the Court resolve the pending petition and such other matters as have been heretofore raised by the parties, the CAM , and/or TPA by ordering the following:

1.  Continuing the period of probation, from February 18, 2013, to and including May 18, 2014, a period of fifteen months, pursuant to 18 U.S.C. § 3564(d). During this continued period of probation, the current conditions of probation, including the terms of the ECP, will remain in effect, subject to the following modifications:

    a.  Pursuant to Paragraph IV(d) of the ECP, and during the continued period of probation, Fleet shall assure that the TPA conducts 33 audits. As set forth in the ECP, at least half of the TPA audits shall be underway audits. The TPA will submit the reports of such audits during the continued period of probation, and not later than three months prior to the expiration of the continued period of probation.

    b.  Pursuant to paragraph IV(c) of the ECP, the TPA will conduct one shoreside audit during the continued period of probation.

    c.  During the continued period of probation, a new CAM acceptable to the

United States will be selected consistent with the provisions of Section VI of the ECP. Within 30 days of the signing of this Order, Fleet shall submit to the United States at least five qualified candidates to serve as CAM. The United States shall select one of the candidates or request an additional slate of five qualified candidates within 30 days of receiving defendant's slate of candidates. The new CAM shall complete all reports required by the ECP not later than two months prior to the expiration of the continued period of probation.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

Dated: February 1, 2013                     /S/
                                        JONATHAN SCHMIDT
                                        Assistant United States Attorney

                                        IGNACIA S. MORENO
                                        Assistant Attorney General
                                        Environment and Natural Resources Division
                                        United States Department of Justice

Dated: February 1, 2013                     /S/
                                        RICHARD A. UDELL
                                        Senior Trial Attorney
                                        Environmental Crimes Section

Dated: February 1, 2013                     /S/
                                        JOSEPH A. WALSH II
                                        Attorney for Defendant

Dated: February 1, 2013                     /S/
                                        MICHAEL G. CHALOS
                                        Attorney for Defendant

| | |
|---|---|
| 1 | <div align="center">**[~~Proposed~~] ORDER**</div> |
| 2 | GOOD CAUSE APPEARING, and per the parties' stipulation, the Court continues the period |
| 3 | of Fleet Management Limited's probation in CR 08-0160-SI Counts 1,5 and 8, to run concurrent |

# [~~Proposed~~] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the Court continues the period of Fleet Management Limited's probation in CR 08-0160-SI Counts 1,5 and 8, to run concurrent from February 18, 2013, to and including May 18, 2014, for a period of fifteen months, pursuant to 18 U.S.C. § 3564(d). During this continued period of probation, the current conditions of probation, including the terms of the Enhanced Compliance Program ECP, will remain in effect, subject to the following modifications:

    a. Pursuant to Paragraph IV(d) of the ECP, and during the continued period of probation, Fleet shall assure that the TPA conducts 33 audits. As set forth in the ECP, at least half of the TPA audits shall be underway audits. The TPA will submit the reports of such audits during the continued period of probation, and not later than three months prior to the expiration of the continued period of probation.

    b. Pursuant to paragraph IV(c) of the ECP, the TPA will conduct one shoreside audit during the continued period of probation.

.    c. During the continued period of probation, a new CAM acceptable to the United States will be selected consistent with the provisions of Section VI of the ECP. Within 30 days of the signing of this Order Fleet shall submit to the United States at least five qualified candidates to serve as CAM. The United States shall select one of the candidates or request an additional slate of five qualified candidates within 30 days of receiving defendant's slate of candidates. The new CAM shall complete all reports required by the ECP not later than two months prior to the expiration of the continued period of probation.

**IT IS SO ORDERED**

Dated: 2/5/13

*[signature: Susan Illston]*

Honorable Susan Illtson
United States District Court